# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2034

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Duane Wendall Larson, | * | of Minnesota. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted:  January 20, 2004

Filed:  February 6, 2004

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Duane Larson appeals the district court's[1] denial of his petition for a writ of error coram nobis, in which he sought to vacate his drug conviction and sentence (from which he has been released).  We agree with the district court that Mr. Larson has not shown he is entitled to coram nobis relief, because he unsuccessfully raised on direct appeal and in prior 28 U.S.C. § 2255 motions the Fourth Amendment and

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

ineffective-assistance-of-counsel claims that he raises here. <u>See</u> <u>Azzone v. United States</u>, 341 F.2d 417, 419-20 (8th Cir.) (per curiam) (coram nobis petitioner not entitled to review of issues that were considered and resolved either on direct appeal or in § 2255 motion), <u>cert. denied</u>, 381 U.S. 943 (1965); <u>cf.</u> <u>United States v. Camacho-Bordes</u>, 94 F.3d 1168, 1172-73 (8th Cir. 1996) (coram nobis relief is "'substantially equivalent'" to habeas relief, and abuse-of-the-writ principle applies to coram nobis cases (quoted source omitted)).

      Accordingly, we affirm.

_____